UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORIO CRUZ ORTIZ and JOEL
ALMARAZ DE LA CRUZ, on behalf of
themselves and others similarly situated,

Case No. 1:18-CV-560

HON. JANET T. NEFF

    Plaintiffs,

v.

LORENZO WILLIAMS and MANZANA,
LLC,

    Defendants.

**ORDER**

On the parties' Stipulation to dismiss the RICO claim, Count I of the Amended Complaint, and to remand to the Circuit Court of Kent County the remainder of the case that has been stayed in abeyance, IT IS HEREBY ORDERED:

1. Plaintiffs' RICO claim, Count I, is dismissed without prejudice but with the proviso that, in the event Plaintiffs hereafter assert any RICO or other federal law claim, Defendants shall be entitled to an award of costs in the amount of Four Hundred Dollars ($400.00), being the amount of the filing fee incurred by Defendants in connection with their prior removal of this action to this Court;

2. Plaintiffs' Count II, breach of contract, is no longer be held in abeyance, and that claim is remanded back to state court, No. 18-03182-CBB, State of Michigan Circuit Court of Kent County; and

3. This Court no longer maintains jurisdiction over this lawsuit except as necessary in connection with the enforcement of this Order.

**ENTERED:**

  May 23, 2019                                   /s/ Janet T. Neff
**DATE**                                           **HONORABLE JANET T. NEFF**
                                                   **UNITED STATES DISTRICT COURT JUDGE**