

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | 107 Federal Bldg. | 113 Federal Bldg. | 202 W. Washington St. |
|---|---|---|---|
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | P.O. Box 698 |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

May 29, 2019

Kent County Circuit Court
Clerk's Office
180 Ottawa Ave., NW
Grand Rapids, MI 49503

    Re: Ortiz et al v. Williams et al
        Our Case No. 1:18-cv-560/JTN-ESC
        Your Case No. 18-03182-CBB

Dear Court Personnel:

Pursuant to the enclosed Order of Remand to your Court filed 05/23/2019, we are herewith sending certified copies of our order of remand and docket sheet.

The documents that make up the case file are available electronically through PACER. Please contact our e-filing help desk via email at ecfhelp@miwd.uscourts.gov if you need further assistance.

Please acknowledge receipt of this remanded case by returning a date-stamped copy of this letter to our court in the enclosed self-addressed envelope.  Thank you.

                                          Sincerely,

                                          CLERK OF COURT

                                          /s/ N. Stimec

                                          By: Deputy Clerk

Enclosures